Alvena G. CLEMENTS,
Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. ED 84954.

Missouri Court of Appeals,
Eastern District,
Division Four.

June 28, 2005.

Robert Lundt, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Ronald S. Ribaudo, Asst. Atty. Gen. Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., LAWRENCE G. CRAHAN and MARY K. HOFF, JJ.

## ORDER

PER CURIAM.

The movant, Alvena Clements, appeals the motion court's judgment denying her Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We have reviewed the parties' briefs and the record on appeal and find no clear error. An extended opinion reciting the detailed facts and restating the principles of law would have no precedential value. The

parties, however, have been furnished with a memorandum, for their information only, setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b)(2).